IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,

      Plaintiff,                            No. CIV S-06-1198 MCE EFB PS

    vs.

SGT. BANNING, Badge #179;
DEPUTY ROSS, Badge #798; and
DEPUTY TREAT, Badge #626,

      Defendants.                      ORDER TO SHOW CAUSE

_____/

        On August 18, 2006, the court entered its order granting plaintiff's request to proceed *in forma pauperis* and directing the Clerk to forward to plaintiff a summons and USM-285 forms. That order directed plaintiff to provide the United States Marshal with the information to complete service of process within 15 days from date of the order. The court has not received a proof of service showing that the defendant has been served, and the U.S. Marshal has no record of the documentation being filed with its office.

////

////

////

////

1  THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why
2 this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).
3 DATED: September 26, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE