1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL AYALA ALVAREZ,

11            Plaintiff,                    No. CIV S-06-1198 MCE EFB PS

12       vs.

13   SGT. BANNING, Badge #179;
     DEPUTY ROSS, Badge #798; and
14   DEPUTY TREAT, Badge #626,

15            Defendants.            FINDINGS AND RECOMMENDATIONS

16   _____/

17            On September 27, 2006, the court ordered plaintiff to show cause within twenty

18   days why the above-captioned case should not be dismissed for failure to complete service of

19   process.  *See* Fed. R. Civ. P. 4(m).  Plaintiff has not responded to the court's order to show

20   cause.

21            Accordingly, it is hereby RECOMMENDED that the above-captioned case be

22   dismissed without prejudice.  *See* Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b); E. D. Cal. R. 11-

23   110.

24            These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

26   after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court.  Such a document should be captioned "Objections to Magistrate Judge's

2  Findings and Recommendations."  Failure to file objections within the specified time may waive

3  the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.

4  1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

5  DATED:  November 8, 2006.

6

7                                             EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26